IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Bankruptcy Number 17-22075-CMB |
| JOHN C. HIXSON, | : | |
| Debtor/Movant, | : | Chapter 13 |
| | : | |
| vs. | : | Related to Claim No. 1 |
| Discover Bank, | : | |
| Respondent. | : | Document No. |
| | : | |
| | : | Hearing Date and Time: |
| | : | |

CERTIFICATE OF SERVICE

I, Mark A. Rowan, attorney for the Debtor, hereby certify that the attached Objection to Claim of Discover Bank and Notice of Hearing were served upon the following via First Class, United States Mail, postage prepaid, on the 2nd day of August, 2017:

Ronda J. Winnecour
Chapter 13 Standing Trustee
USX Tower Suite 3250
600 Grant Street
Pittsburgh, PA  15219

U.S. Trustee's Office
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA  15222

Discover Bank
Discover Products, Inc.
PO Box 3025
New Albany, OH  43054-3025

Respectfully submitted,

*/s/ Mark A. Rowan*
Mark A. Rowan
August 2, 2017                    Attorney for Debtor
Pa. I.D. No. 67095

890 Vanderbilt Road
Connellsville, PA  15425
Telephone: 724-628-8180
Facsimile:  724-628-8189
Email: markrowan1@verizon.net