IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : Bankruptcy Number 17-22075-CMB |
| JOHN C. HIXSON, | : |
|     Debtor/Movant, | : Chapter 13 |
| | : |
|     vs. | : Related to Claim No. 1 |
| Discover Bank, | : |
|     Respondent. | : Document No. ___44___ |
| | : Related to Doc No. 41 |
| | : Hearing Date and Time: |
| | : September 27, 2017, 10:00 A.M. |

## NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION OF JOHN C. HIXSON, DEBTOR/MOVANT, TO DISCOVER BANK, RESPONDENT

TO THE RESPONDENT:

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant(s) a response to the Motion by no later than August 20, 2017 (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov.  If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held.  Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on Wednesday, September 27, 2017, at 10:00 a.m. before Judge Carlota M. Böhm in Courtroom B, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.  Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Respectfully submitted,

*/s/Mark A. Rowan*_____

Date or Service: August 3, 2017          Mark A. Rowan, Esquire
                                         Attorney for Debtor

Pa. I.D. No. 67095

Rowan Law Offices
890 Vanderbilt Road
Connellsville, PA  15425
Telephone: 724-628-8180
Facsimile:  724-628-8189
Email: markrowan1@verizon.net