**PAWB FORM 25  (03/12)**

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| John C. Hixson | : | Bankruptcy No. 17-22075-CMB |
| Debtor | : | Chapter 13 |
| John C. Hixson | : | Document No. 48 |
| Movant | : | Related to Doc. No. 41, 44 |
| | : | Hearing Date & Time: |
| v. | : | September 27, 2017, 10:00 AM |
| Discover Bank | : | |
| Respondent | : | Related to Claim No. 1 |

**CERTIFICATION OF NO OBJECTION REGARDING**
**Objection to Proof of Claim of Discover Bank**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Debtor's Objection to the Proof of Claim of Discover filed on August 2, 2017, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Debtor's Objection to the Proof of Claim of Discover appears thereon. Pursuant to the Notice of Hearing, objections to the Debtor's Objection to the Proof of Claim of Discover Bank were to be filed and served no later than August 20, 2017.

It is hereby respectfully requested that the Order attached to the Debtor's Objection to the Proof of Claim of Discover Bank be entered by the Court.

Respectfully submitted,

/s/Mark A. Rowan_____

Date : August 23, 2017                Mark A. Rowan, Esquire
                                       Attorney for Debtor
                                       Pa. I.D. No. 67095

                                       Rowan Law Offices
                                       890 Vanderbilt Road
                                       Connellsville, PA  15425
                                       Telephone: 724-628-8180
                                       Facsimile:  724-628-8189
                                       Email: markrowan1@verizon.net