IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Bankruptcy Number 17-22075-CMB |
| JOHN C. HIXSON, | : | |
|     Debtor/Movant, | : | Chapter 13 |
| | : | |
|     vs. | : | Related to Claim No. 1 |
| Discover Bank, | : | |
|     Respondent. | : | Document No. _____ |
| | : | Related to Doc. No. 50 |
| | : | |
| | : | |

CERTIFICATE OF SERVICE

    I, Mark A. Rowan, attorney for the Debtor, hereby certify that the attached Order Granting Debtor's Objection to Proof of Claim of Discover Bank was served upon the following via First Class, United States Mail, postage prepaid, on the 30th day of August, 2017:

| | |
|---|---|
| Ronda J. Winnecour<br>Chapter 13 Standing Trustee<br>USX Tower Suite 3250<br>600 Grant Street<br>Pittsburgh, PA  15219 | John C. Hixon<br>3 Shahl Square<br>Connellsville PA 15425 |
| U.S. Trustee's Office<br>Liberty Center, Suite 970<br>1001 Liberty Avenue<br>Pittsburgh, PA  15222 | Discover Bank<br>Discover Products, Inc.<br>PO Box 3025<br>New Albany, OH  43054-3025 |

Respectfully submitted,

/s/ Mark A. Rowan
Mark A. Rowan

August 30, 2017

Attorney for Debtor
Pa. I.D. No. 67095

890 Vanderbilt Road
Connellsville, PA  15425
Telephone: 724-628-8180
Facsimile:  724-628-8189
Email: markrowan1@verizon.net