IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | Bankruptcy Number 17-22075-CMB |
| JOHN C. HIXSON, : | |
|     Debtor/Movant, : | Chapter 13 |
| : | |
|     vs. : | Related to Claim No. 1 |
| Discover Bank, : | |
|     Respondent. : | Document No. 41 |
| : | |
| : | Hearing Date and Time: |
| : | |
| | **ENTERED BY DEFAULT** |

ORDER

AND NOW, this ___28th day of August___, 2017, it is hereby Ordered and Decreed that the Debtor's Objection to the Proof of Claim filed by Discover Bank at Claim No. 1 in the above-captioned case is granted, and the claim of Discover Bank is disallowed in its entirety.

By the Court:

*Carlota M. Böhm*
dmr

FILED
8/28/17 10:22 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-22075-CMB
John C. Hixson, Jr.                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: dric              Page 1 of 1              Date Rcvd: Aug 28, 2017
                               Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2017.
db             +John C. Hixson, Jr.,    3 Stahl Square,    Connellsville, PA 15425-4007

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14638932       E-mail/Text: mrdiscen@discover.com Aug 29 2017 01:23:03      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
                                                                                                 TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2017 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Mark A. Rowan    on behalf of Debtor John C. Hixson, Jr. markrowan1@verizon.net
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4