# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| Debtor: | JOHN C. HIXSON |
| Case Number: | 17-22075-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, DECEMBER 07, 2017 02:30 PM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
12/8/17 2:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#5 - Final Confirmation of Plan Dated 5/17/2017 (NFC)
R / M #: 5 / 0

### *Appearances:*

Debtor: Rowan
Trustee: Winnecour / (Bedford) / Pail / Katz
Creditor: Warmbrodt - PNC Bank -

### *Proceedings:* Parties reviewing PNC claim

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __✓__ Plan/Motion continued to __2-8-18__ at __10:30__
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

12/1/2017   3:06:30PM