## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| John C. Hixson, Jr., ) | |
| ) | Bankruptcy Case No.: 17-22075-CMB |
| Debtors. ) | Judge Carlota M. Bohm |
| _____ ) | |
| Ronda J. Winnecour, Trustee or ) | Chapter 13 |
| John C. Hixson, Jr., ) | |
| Movant ) | Document No.: __56____ |
| v. ) | Related to Document No.: _55__ |
| Latrobe Country Club, ) | |
| Respondent ) | |

CERTIFICATE OF SERVICE OF MOTION TO TERMINATE WAGE ATTACHMENT at Latrobe Country Club

The undersigned hereby certifies that a true and correct copy of the debtors' Motion to Terminate Wage Attachment at the Latrobe Country Club and the Proposed Order were served upon the following via United States Mail, postage pre-paid:

Ronda J. Winnecour, Esquire
Suite 3250 USX Tower
600 Grant Street
Pittsburgh, PA  15219
Bankruptcy Trustee

John C. Hixson, Jr.
3 Stahl Square
Connellsville, PA 15425

Office of the United States Trustee
Western District of Pennsylvania
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222

Latrobe Country Club
346 Arnold Palmer Drive
Latrobe, PA 15650

This certificate dated and service made this 8th day of December, 2017.

Respectfully submitted,

 /s/ Mark A. Rowan
Mark A. Rowan
Attorney for Debtor

890 Vanderbilt Road
Connellsville, PA  15425
Pa. I.D. No. 67095

Telephone: 724-628-8180
Facsimile:  724-628-8189
markrowan1@verizon.net