## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| John C. Hixson, Jr., | ) | |
| | ) | Bankruptcy Case No.: 17-22075-CMB |
| Debtors. | ) | Judge Carlota M. Bohm |
| _____ | ) | |
| Ronda J. Winnecour, Trustee or | ) | Chapter 13 |
| John C. Hixson, Jr., | ) | |
| Movant | ) | Document No.: __58____ |
| v. | ) | Related to Document No.: _57__ |
| Greensburg Country Club d/b/a | ) | |
| Green Kegs And Ham, Inc. | ) | |
| Respondent | ) | |

### CERTIFICATE OF SERVICE OF MOTION FOR ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT

The undersigned hereby certifies that a true and correct copy of the debtors' Motion for Order to Pay Trustee Pursuant to Wage Attachment and the Proposed Order were served upon the following via United States Mail, postage pre-paid:

Ronda J. Winnecour, Esquire
Suite 3250 USX Tower
600 Grant Street
Pittsburgh, PA  15219          John C. Hixson, Jr.
Bankruptcy Trustee            3 Stahl Square
                              Connellsville, PA 15425

Office of the United States Trustee
Western District of Pennsylvania
Liberty Center, Suite 970
1001 Liberty Avenue           Greensburg Country Club
Pittsburgh, PA 15222          d/b/a Green Kegs And Ham, Inc.
                              PO Box 964
                              Greensburg, PA 15601

This certificate dated and service made this 8th day of December, 2017.

Respectfully submitted,

*/s/ Mark A. Rowan*
Mark A. Rowan
Attorney for Debtor

890 Vanderbilt Road
Connellsville, PA  15425
Pa. I.D. No. 67095
Telephone: 724-628-8180
Facsimile:  724-628-8189
markrowan1@verizon.net