# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| John C. Hixson, Jr., ) | |
| ) | Bankruptcy Case No.: 17-22075-CMB |
| Debtors. ) | Judge Carlota M. Bohm |
| _____ ) | |
| Ronda J. Winnecour, Trustee or ) | Chapter 13 |
| John C. Hixson, Jr., ) | |
| Movant ) | Document No.: _____ |
| v. ) | Related to Document No.: __60__ |
| Greensburg Country Club d/b/a ) | |
| Green Kegs And Ham, Inc. ) | |
| Respondent ) | |

## CERTIFICATE OF SERVICE OF ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT

The undersigned hereby certifies that a true and correct copy of the Order to Pay Trustee Pursuant to Wage Attachment was served upon the following via United States Mail, postage pre-paid:

Ronda J. Winnecour, Esquire
Suite 3250 USX Tower
600 Grant Street
Pittsburgh, PA  15219
Bankruptcy Trustee

John C. Hixson, Jr.
3 Stahl Square
Connellsville, PA 15425

Office of the United States Trustee
Western District of Pennsylvania
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222

Greensburg Country Club
d/b/a Green Kegs And Ham, Inc.
PO Box 964
Greensburg, PA 15601

This certificate dated and service made this 12th day of December, 2017.

Respectfully submitted,

 /s/ Mark A. Rowan
Mark A. Rowan
Attorney for Debtor

890 Vanderbilt Road
Connellsville, PA  15425
Pa. I.D. No. 67095
Telephone: 724-628-8180
Facsimile:  724-628-8189
markrowan1@verizon.net