# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

In re:                                          )
John C. Hixson, Jr.,                            )
                                                )          Bankruptcy Case No.: 17-22075-CMB
        Debtors.                                )          Judge Carlota M. Bohm
_____                 )
Ronda J. Winnecour, Trustee or                  )          Chapter 13
John C. Hixson, Jr.,                            )
        Movant                                  )          Document No.: _____
            v.                                  )          Related to Document No.:  _59__
Latrobe Country Club,                           )
        Respondent                              )

CERTIFICATE OF SERVICE OF ORDER TO TERMINATE WAGE ATTACHMENT at
Latrobe Country Club

The undersigned hereby certifies that a true and correct copy of the Order to Terminate
Wage Attachment at the Latrobe Country Club was served upon the following via United
States Mail, postage pre-paid:

Ronda J. Winnecour, Esquire
Suite 3250 USX Tower
600 Grant Street
Pittsburgh, PA  15219                            John C. Hixson, Jr.
Bankruptcy Trustee                              3 Stahl Square
                                                Connellsville, PA 15425

Office of the United States Trustee
Western District of Pennsylvania
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222

Latrobe Country Club
346 Arnold Palmer Drive
Latrobe, PA 15650

This certificate dated and service made this 12th day of December, 2017.

                                                Respectfully submitted,

                                                */s/ Mark A. Rowan*
                                                Mark A. Rowan
                                                Attorney for Debtor

                                                890 Vanderbilt Road
                                                Connellsville, PA  15425
                                                Pa. I.D. No. 67095
                                                Telephone: 724-628-8180
                                                Facsimile:  724-628-8189
                                                markrowan1@verizon.net