**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | ) | |
| John C. Hixson, Jr., | ) | |
| | ) | Bankruptcy Case No.: 17-22075- CMB |
|     Debtor. | ) | Judge Carlota M. Bohm |
| _____ | ) | |
| Ronda J. Winnecour, Trustee or | ) | Chapter 13 |
| John C. Hixson, Jr., | ) | |
|     Movant | ) | Document No.: _____ |
|         v. | ) | Related to Document No.: _57_ |
| Greensburg Country Club d/b/a | ) | Filed Under Local Bankruptcy |
| Green Kegs And Ham, Inc. | ) | |
|     Respondent | ) | Rule 3015-2 |

---

ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT

---

The above-named debtor having filed a Chapter 13 petition and debtor or Trustee having moved to attach wages to fund the Chapter 13 plan,

IT IS, THEREFORE, ORDERED that until further Order of this Court, the entity from which the debtor John C. Hixson, Jr. receives income:

> Greensburg Country Club d/b/a
> Green Kegs And Ham, Inc.
> PO Box 964
> Greensburg, PA 15601

shall deduct any sum from that income the sum of $360.00 per month (equally from each pay check) beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period for which the debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

> Ronda J. Winnecour
> Chapter 13 Trustee, W.D. PA
> P.O. Box 84051
> Chicago, IL 60689-4002

IT IS FURTHER ORDERED that the above-named entity shall notify the Trustee if the debtor's income is terminated and the reason therefore.

      IT IS FURTHER ORDERED that the Debtor shall serve this Order on the above-named entity. Debtor shall file a Certificate of Service regarding service of the Order with the Court.

      IT IS FURTHER ORDERED that all remaining income of the debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the debtor in accordance with usual payment procedures.

      IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.

      IT IS FURTHER ORDERED that this Order supersedes previous orders made to the above-named entity in this case.

      IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the debtor for the administration of this attachment Order, except as may be allowed upon application to and Order of this Court.

DATED this  11th  day of  December , 2017.

_Carlota M. Böhm_
U. S. BANKRUPTCY JUDGE    **kmt**

Cm:  Debtor John C. Hixson, Jr.
      Office of the Chapter 13 Trustee
      Employer

IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

FILED
12/11/17 12:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
```

In re:                                                          Case No. 17-22075-CMB
John C. Hixson, Jr.                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: kthe                   Page 1 of 1            Date Rcvd: Dec 11, 2017
                               Form ID: pdf900              Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 13, 2017.
db             +John C. Hixson, Jr.,    3 Stahl Square,    Connellsville, PA 15425-4007
               +Greensburg Country Club dba,   Green Kegs and Ham, Inc.,   Attn: Payroll Manager,
                 P.O. Box 964,   Greensburg, PA 15601-0964

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2017                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 11, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Mark A. Rowan    on behalf of Debtor John C. Hixson, Jr. markrowan1@verizon.net
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4