# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

***Conciliation Conference:*** 

| | |
|---|---|
| Debtor: | JOHN C. HIXSON |
| Case Number: | 17-22075-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, FEBRUARY 08, 2018  10:30 AM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

***Matter:***

#5 - Continued Confirmation of Plan Dated 5/17/2017 (NFC)
R / M #:  5 / 0

FILED
2/9/18 1:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

***Appearances:***

Debtor: Burd for Raven
Trustee: Winnecour / Pail / Katz
Creditor: Wormbrodt for PNC

***Proceedings:***

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to  4/12/18  at  3:30 pm .
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

Cont for Debtor to resolve issues with PNC.

1/31/2018    4:07:27PM