# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | JOHN C. HIXSON |
| **Case Number:** | 17-22075-CMB    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, APRIL 12, 2018 03:30 PM    3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
4/16/18 9:13 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#5 - Continued Confirmation of Plan Dated 5/17/2017 (NFC)
R / M #:  5 / 0

### *Appearances:*

Debtor: Davina Burd

Trustee: Winnecour / Pail / **Katz** / DeSimone

Creditor: Warmbrodt for PNC

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 7/12/18 at 2:00pm.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other: