## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

**Debtor:** JOHN C. HIXSON
**Case Number:** 17-22075-CMB    **Chapter:** 13
**Date / Time / Room:** THURSDAY, SEPTEMBER 13, 2018 02:00 PM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
9/14/18 3:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#5 - Continued Confirmation of Plan Dated 5/17/2017 (NFC)
R / M #: 5 / 0

### *Appearances:*

Debtor: Rowan
Trustee: Winnecour / Pail / Katz / (DeSimone)
Creditor: Wambroff - PNC

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. ___/___ The plan payment/term is increased/extended to _____, effective _____.
7. ___✓___ Plan/Motion continued to __11-15-18__ at __2:00__.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

9/7/2018    8:40:00AM