# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | JOHN C. HIXSON | | |
| **Case Number:** | 17-22075-CMB | **Chapter:** 13 | |
| **Date / Time / Room:** | THURSDAY, NOVEMBER 15, 2018 02:00 PM   3251 US STEEL | | |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE | | |

FILED
11/19/18 2:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#5 - Continued Confirmation of Plan Dated 5/17/2017 (NFC)

**R / M #:**  5 / 0

### *Appearances:*

Debtor:  Rankin
Trustee:  Winnecour  /  Pail  /  Katz  / (DeSimone)

Creditor:  Wambract PUC.

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set for _____ at _____.

9. ✓  Contested Hearing: _11/29/18_ at _10:00_.
10. _____ Other:

   contested due to Debtor unwilling/unable to accept plan payments per
   Trustee calculations

11/8/2018   9:16:12AM

United States Bankruptcy Court
Western District of Pennsylvania

In re:
John C. Hixson, Jr.                                                          Case No. 17-22075-CMB
        Debtor                                                               Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel              Page 1 of 1              Date Rcvd: Nov 19, 2018
                             Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 21, 2018.
db             +John C. Hixson, Jr.,   3 Stahl Square,   Connellsville, PA 15425-4007

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 19, 2018 at the address(es) listed below:
        James  Warmbrodt    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
        Mark A. Rowan   on behalf of Debtor John C. Hixson, Jr. markrowan1@verizon.net
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                              TOTAL: 4