# PROCEEDING MEMO

**Date:** 11/29/2018 10:00 am

**In re:** John C. Hixson, Jr.

        Bankruptcy No. 17-22075-CMB
        Chapter: 13
        Doc. # 5

**Appearances:** Mark A. Rowan, James C. Warmbrodt

**Movant(s):** ~~Winnecour~~ / ~~Pait~~ / Katz / ~~DeSimone~~ / ~~XXXXXXXX~~

**Respondents:**

**Creditor(s):**

**Nature of Proceeding:** # 5 Contested May 17, 2017 Plan

**Additional Pleadings:** #53 Objection to Plan by PNC Bank, National Association

**Judge's Notes:**

Rowan: Child support order has been completed, and believes matters can be resolved in conciliation.
Warmbrodt: No objection

**Outcome:**

Conciliation scheduled for Dec. 13 at 10:00am

_____ Motion is GRANTED _____Order entered
_____ Motion is DENIED_____Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED       Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED       Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____days
_____ CONTINUED MATTER:  \_\_\_\_\_for at least _____days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed:       Movant(s) brief due _____days
                        Respondent(s) brief due _____days
                        Trustee's brief due _____days

FILED
11/30/18 9:37 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief U.S. Bankruptcy Judge