# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- Debtor: JOHN C. HIXSON
- Case Number: 17-22075-CMB    Chapter: 13
- Date / Time / Room: THURSDAY, DECEMBER 13, 2018 10:00 AM   3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

FILED
12/17/18 3:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#5 - Continued Confirmation of Plan Dated 5/17/2017 (NFC)
R / M #: 5 / 0

**Appearances:**

- Debtor: Rawlin
- Trustee: Winnecour / Pail / Katz / (DeSimone)
- Creditor: Wambrecht : PNC

**Proceedings:**

Outcome:

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to _____, effective _____.
7. ____ Plan/Motion continued to _____ at _____.
8. ✓ An Amended Plan is to be served on all creditors and certificate of service filed by 1/7/2019
   Objections are due on or before 1/28/2019
   A hearing on the Amended Plan is set for 2/7/19 at 11:30.
9. ____ Contested Hearing: _____ at _____.
10. ____ Other:

12/6/2018  8:36:41AM