UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WESTERN PENNSYLVANIA
CONCILIATION CONFERENCE MINUTES

FILED
8/9/19 2:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Conciliation Conference:**

|  |  |
|---|---|
| Debtor: | JOHN C. HIXSON |
| Case Number: | 17-22075-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, AUGUST 08, 2019 11:30 AM    3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

**Matter:**

#76 - Final Confirmation of Plan Dated 1/5/2019 (NFC)
R / M #:  76 / 0

**Appearances:** *No one appeared*
Debtor:
Trustee: (Winnecour) / Pail / Katz / DeSimone
Creditor:

**Proceedings:**

Outcome: *Contested Confirmation*

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Contested Hearing: 9-11-19 at 10:00
10. ✓ Other:

*No one appeared for debtor - no payments since January, 2019, filing fee has been paid - Trustee requesting dismissal*

7/31/2019  1:12:55PM