# PROCEEDING MEMO

**Date:** 09/11/2019 10:00 am

In re: John C. Hixson, Jr.

                                      Bankruptcy No. 17-22075-CMB
                                      Chapter: 13
                                      Doc. # 76

**Appearances:** ~~Winnecour~~ / Pail / ~~Katz~~ ~~DeSimone~~, Mark A. Rowan

**Movant(s):**

**Respondents:**

**Creditor(s):**

**Nature of Proceeding:** #76 Contested January 5, 2019 Plan

**Additional Pleadings:**

**Judge's Notes:**

**Outcome:**

Pail: Last payment made in January. However, informed Debtor did begin a new job and will file wage attachment in 10 days. Discussed plan payment needed going forward. $1,137 needed per month.
Rowan: Unsure if can make payment. Continued to 10/11/19 at 10am.
Want wage attachment and assurance that he can make payment.

_____ Motion is GRANTED _____ Order entered
_____ Motion is DENIED _____ Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED     Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED         Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____ days
_____ CONTINUED MATTER: _____ for at least _____ days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed:    Movant(s) brief due _____ days
                                Respondent(s) brief due _____ days
                                Trustee's brief due _____ days

                                                                              Carlota M. Böhm
FILED                                                       Chief U.S. Bankruptcy Judge
9/12/19 11:55 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
```

In re:                                                              Case No. 17-22075-CMB
John C. Hixson, Jr.                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric                  Page 1 of 1              Date Rcvd: Sep 12, 2019
                              Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2019.
db             +John C. Hixson, Jr.,   3 Stahl Square,   Connellsville, PA 15425-4007

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2019 at the address(es) listed below:
              James    Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Mark A. Rowan    on behalf of Debtor John C. Hixson, Jr. markrowan1@verizon.net
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4