# PROCEEDING MEMO

Date: 10/11/2019 10:00 am

In re: John C. Hixson, Jr.

Bankruptcy No. 17-22075-CMB
Chapter: 13
Doc. # 76

Appearances: Winnecour / Pail / Katz / DeSimone, Mark A. Rowan
  Heilman

Movant(s):

Respondents:

Creditor(s):

Nature of Proceeding: #76 Continued Contested January 5, 2019 Plan

Additional Pleadings:

Judge's Notes:

Cont to Dec 18 at 11:00.
Will dismiss if
payments not current

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

FILED
10/11/19 3:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA