# PROCEEDING MEMO

Date: 10/11/2019 10:00 am

In re: John C. Hixson, Jr.

                                                 Bankruptcy No. 17-22075-CMB
                                                 Chapter: 13
                                                 Doc. # 76

Appearances: Winnecour / Pail / Katz / DeSimone, Mark A. Rowan / *Heilman*

Movant(s):

Respondents:

Creditor(s):

Nature of Proceeding: #76 Continued Contested January 5, 2019 Plan

Additional Pleadings:

Judge's Notes:

*Cont to Dec 18 at 11:00.*
*Will dismiss if*
*payments not current*

FILED
10/11/19 3:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

                                                 Carlota M. Böhm
                                                 Chief U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-22075-CMB
John C. Hixson, Jr.                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: dric              Page 1 of 1              Date Rcvd: Oct 11, 2019
                               Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2019.
db             +John C. Hixson, Jr.,    3 Stahl Square,    Connellsville, PA 15425-4007

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2019 at the address(es) listed below:
              James  Warmbrodt     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Mark A. Rowan    on behalf of Debtor John C. Hixson, Jr. markrowan1@verizon.net
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4