**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: ) | |
| John C. Hixson, Jr., ) | |
| ) | Bankruptcy Case No.: 17-22075-CMB |
| Debtors. ) | Judge Carlota M. Bohm |
| ) | |
| Ronda J. Winnecour, Trustee or ) | Chapter 13 |
| John C. Hixson, Jr., ) | |
| Movant ) | Document No.: __93__ |
| v. ) | Related to Document No.: _92_ |
| Fayette County Cultural Trust ) | |
| Respondent ) | |

**CERTIFICATE OF SERVICE OF MOTION FOR ORDER TO PAY TRUSTEE**
**PURSUANT TO MODIFIED WAGE ATTACHMENT**

The undersigned hereby certifies that a true and correct copy of the debtors' Motion for Order to Pay Trustee Pursuant to Modified Wage Attachment and the Proposed Order were served upon the following via United States Mail, postage pre-paid:

Ronda J. Winnecour, Esquire
Suite 3250 USX Tower
600 Grant Street
Pittsburgh, PA  15219
Bankruptcy Trustee

John C. Hixson, Jr.
3 Stahl Square
Connellsville, PA  15425

Office of the United States Trustee
Western District of Pennsylvania Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222

Fayette County Cultural Trust
139 West Crawford Avenue
Connellsville, PA 15425

This certificate dated and service made this 24th day of October, 2019.

Respectfully submitted,

 _/s/ Mark A. Rowan_
Mark A. Rowan
Attorney for Debtor

890 Vanderbilt Road
Connellsville, PA  15425

Pa. I.D. No. 67095

Telephone: 724-628-8180
Facsimile:  724-628-8189
markrowan1@verizon.net