**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: )<br>John C. Hixson, Jr., )<br> )<br>   Debtors. )<br>_____ )<br>Ronda J. Winnecour, Trustee or )<br>John C. Hixson, Jr., )<br>     Movant )<br>       v. )<br>Fayette County Cultural Trust )<br>    Respondent ) | Bankruptcy Case No.: 17-22075-CMB<br>Judge Carlota M. Bohm<br><br>Chapter 13<br><br>Document No.: __95___<br>Related to Document No.: _94___ |

**CERTIFICATE OF SERVICE OF MOTION FOR ORDER TO PAY TRUSTEE PURSUANT TO MODIFIED WAGE ATTACHMENT**

The undersigned hereby certifies that a true and correct copy of the Order to Pay Trustee Pursuant to Modified Wage Attachment was served upon the following via United States Mail, postage pre-paid:

Ronda J. Winnecour, Esquire
Suite 3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219
Bankruptcy Trustee

John C. Hixson, Jr.
3 Stahl Square
Connellsville, PA 15425

Office of the United States Trustee
Western District of Pennsylvania Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222

Fayette County Cultural Trust
139 West Crawford Avenue
Connellsville, PA 15425

This certificate dated and service made this 28th day of October, 2019.

                              Respectfully submitted,

                              */s/ Mark A. Rowan*
                              Mark A. Rowan
                              Attorney for Debtor

                              890 Vanderbilt Road
                              Connellsville, PA 15425

                              Pa. I.D. No. 67095

                              Telephone: 724-628-8180
                              Facsimile:  724-628-8189
                              markrowan1@verizon.net