# PROCEEDING MEMO

Date: 12/18/2019 11:00 am

In re:   John C. Hixson, Jr.

                                                            Bankruptcy No. 17-22075-CMB
                                                             Chapter: 13
                                                             Doc. # 76

**Appearances:** Katz / Rowan,

**Nature of Proceeding:** #76 Continued Contested January 5, 2019 Plan

**Additional Pleadings:**

**Judge's Notes:**
   continued to 3/11/20 at 11:00

FILED
12/18/19 4:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Carlota M. Böhm**
**Chief U.S. Bankruptcy Judge**