# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| John C. Hixson, Jr., | ) | |
| | ) | Bankruptcy Case No.: 17-22075- CMB |
|     Debtor. | ) | Judge Carlota M. Bohm |
| _____ | ) | |
| Ronda J. Winnecour, Trustee or | ) | Chapter 13 |
| John C. Hixson, Jr., | ) | |
|     Movant | ) | Document No.: _____ |
| v. | ) | Related to Document No.: 99 |
| Fayette County Cultural Trust | ) | Filed Under Local Bankruptcy |
|     Respondent | ) | Rule 3015-2 |

___

### ORDER TO PAY TRUSTEE PURSUANT TO MODIFIED WAGE ATTACHMENT
___

The above-named debtor having filed a Chapter 13 petition and debtor or Trustee having moved to attach wages to fund the Chapter 13 plan,

IT IS, THEREFORE, ORDERED that until further Order of this Court, the entity from which the debtor John C. Hixson, Jr. receives income:

> Fayette County Cultural Trust
> 139 West Crawford Avenue
> Connellsville, PA  15425

shall deduct from that income the sum of $1,171.00 per month ($540.46 equally from each pay check) beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period for which the debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

> Ronda J. Winnecour
> Chapter 13 Trustee, W.D. PA
> P.O. Box 84051
> Chicago, IL 60689-4002

IT IS FURTHER ORDERED that the above-named entity shall notify the Trustee if the debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that the Debtor shall serve this Order on the above-named entity.  Debtor shall file a Certificate of Service regarding service of the Order with the Court.

      IT IS FURTHER ORDERED that all remaining income of the debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the debtor in accordance with usual payment procedures.

      IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.

      IT IS FURTHER ORDERED that this Order supersedes previous orders made to the above-named entity in this case.

      IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the debtor for the administration of this attachment Order, except as may be allowed upon application to and Order of this Court.

DATED this __19th__ day of __December__, 2019.

IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin.  The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed.  Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing.  Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

FILED  
12/19/19 3:55 pm  
CLERK  
U.S. BANKRUPTCY  
COURT - WDPA

_Carlota M. Böhm_     dmr  
Carlota M. Böhm  
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 17-22075-CMB
John C. Hixson, Jr.                                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2            User: dric                   Page 1 of 1              Date Rcvd: Dec 19, 2019
                                Form ID: pdf900              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2019.
db             +John C. Hixson, Jr.,    3 Stahl Square,    Connellsville, PA 15425-4007

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2019 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Mark A. Rowan    on behalf of Debtor John C. Hixson, Jr. markrowan1@verizon.net
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4