# PROCEEDING MEMO

Date: 03/11/2020 11:00 am

In re:   John C. Hixson, Jr.

                                              Bankruptcy No. 17-22075-CMB
                                              Chapter: 13
                                              Doc. # 76

**Appearances:**  Katz /  Mark A. Rowan

**Nature of Proceeding:** #76 Continued Contested January 5, 2019 Plan

**Additional Pleadings:**

**Judge's Notes:**

continued to 5/12/20 at 10:00, conciliaiton to occur 5/7/20 at 1:00

                                              Carlota M. Böhm
                                              Chief U.S. Bankruptcy Judge

FILED
3/11/20 1:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA