# PROCEEDING MEMO

**Date: 05/12/2020 10:00 am**

**In re:   John C. Hixson, Jr.**

                                                  **Bankruptcy No. 17-22075-CMB**
                                                  **Chapter: 13**
                                                  **Doc. # 76**

**Telephonic Appearances:  Ronda J. Winnecour , Mark A. Rowan**

**Nature of Proceeding: #76 Continued Contested January 5, 2019 Plan**

**Additional Pleadings:**

**Judge's Notes:**

- Amended Plan to be filed in 2 weeks providing for extension under CARES Act.
- Conciliation on 6/25/20 at 2pm.


        FILED
        5/12/20 11:56 am
        CLERK                                      **Carlota M. Böhm**
        U.S. BANKRUPTCY         **Chief U.S. Bankruptcy Judge**
        COURT - WDPA