# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** JOHN C. HIXSON
**Case Number:** 17-22075-CMB      **Chapter:** 13
**Date / Time / Room:** THURSDAY, MAY 07, 2020 01:00 PM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
5/13/20 9:08 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:

#76 - Continued Confirmation of Plan Dated 1/5/2019 (NFC)
R / M #: 76 / 0

### Appearances:

Debtor: Rajay (signature)
Trustee: Winnecour / Pail / **Katz** / DeSimone
Creditor:

*Case filed 5/17/17, almost two years old, 11 conciliations. Plan appears infeasible (even w/o Covid-19 unemployment). Arrears is $10251.47*

### Proceedings:

**Outcome:**

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to _____, effective _____.
7. ____ Plan/Motion continued to _____ at _____.
8. ____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Contested Hearing: 5/12/20 at 10:00 Am
10. ____ Other:

*Debtor to review possibility of a Cares Act plan extension.*

4/28/2020  11:09:51AM