# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

## Conciliation Conference:

- **Debtor:** JOHN C. HIXSON
- **Case Number:** 17-22075-CMB    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, JUNE 25, 2020  02:00 PM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

## Matter:

#116 - Amended Plan Dated 5/26/2020 (NFC)
R/M #: 116 / 0

## Appearances:

*Rawan*

- Debtor:
- Trustee: Winnecour / Pail / Katz / **DeSimone** (circled)
- Creditor:

FILED
6/29/20 3:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Contested Hearing: **7-15-20** at **10:00**.
10. _____ Other:

*Counsel did not appear for conciliation on 6-25-20 no explanation*

6/17/2020  11:15:26AM