# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: )
JOHN C. HIXON, JR, ) Case No. 17-22075-CMB
)
) Chapter 13
Debtor(s). )
_____ X

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☒ a motion to dismiss case or certificate of default requesting dismissal

☐ a plan modification sought by: _____

☐ a motion to lift stay
as to creditor _____

☐ Other: _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐ Chapter 13 Plan dated _____
☒ Amended Chapter 13 Plan dated May 26, 2020

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Debtor(s) Plan payments shall be changed from $965 to $717 per month, effective 9/22; and/or the Plan term shall be changed from ___ months to ____ months.                                                                                           .

-1-

☐ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐ Debtor(s) shall file and serve _____ on or before _____.

☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒ Other:
- Trustee's Certificate of Default (at Doc 127) is treated as resolved by this Order.
- The amended plan dated 1/24/22 (at Doc 134) is withdraw as moot as a result of the entry of this order.
- PNC Bank NA CL. #2-2 as pay in full with payments determined by trustee to pay in full.
- PNC Bank NA CL. #2-2 to be paid escrow in the amount of $215.68 beginning 1/22 per notice of mortgage payment change dated 11/19/21
- Debtor to immediately implement an ACH or TFS, whichever is applicable.

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

-3-

**SO ORDERED**, this  2nd  day of      September     , 2022

Carlota M. Böhm  dmr
Chief United States Bankruptcy Court Judge

Stipulated by:

/s/ Mark A. Rowan
Counsel to Debtor

Stipulated by:

/s/ Owen W. Katz
Counsel to Chapter 13 Trustee

Stipulated by:

_____
Counsel to affected creditor

FILED
9/2/22 3:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

cc:   All Parties in Interest to be served by Clerk

-4-

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-22075-CMB |
| John C. Hixson, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Sep 02, 2022 | Form ID: pdf900 | Total Noticed: 17 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John C. Hixson, Jr., 3 Stahl Square, Connellsville, PA 15425-4007 |
| 14519979 | | CBE Group, PO Box 2535, Waterloo, IA 50704 |
| 14519982 | | Direct TV, PO Box 830032, Baltimore, MD 21283 |
| 14519983 | + | Direct TV, PO Box 11742, Newark, NJ 07101-4742 |
| 14519984 | + | KML Law Group, BNY Mellon Independence Center, Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14654696 | + | PNC Mortgage, a division of PNC Bank, NA, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342-5421 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14519978 | ^ | MEBN | Sep 02 2022 23:20:16 | CBE Group, 131 Tower Park Drive, Suite 900, Waterloo, IA 50701-9589 |
| 14519981 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 02 2022 23:21:00 | Credit Collection Service, PO Box 9134, Needham Heights, MA 02494-9134 |
| 14519980 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 02 2022 23:21:00 | Credit Collection Service, PO Box 607, Norwood, MA 02062-0607 |
| 14694069 | | Email/Text: G06041@att.com | Sep 02 2022 23:21:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14638932 | | Email/Text: mrdiscen@discover.com | Sep 02 2022 23:21:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14519984 | ^ | MEBN | Sep 02 2022 23:20:31 | KML Law Group, BNY Mellon Independence Center, Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14519985 | ^ | MEBN | Sep 02 2022 23:20:43 | Nationwide Insurance, One Nationwide Plaza, Columbus, OH 43215-2220 |
| 14519986 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 02 2022 23:21:00 | PNC, 3232 Newark Dr., Miamisburg, OH 45342 |
| 14659212 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 02 2022 23:31:06 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14519987 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 02 2022 23:21:00 | Verizon Wireless, PO Box 26055, Minneapolis, MN 55426-0055 |
| 14519988 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 02 2022 23:21:00 | Verizon Wireless, 1515 Woodfield Road, Suite 1400, Schaumburg, IL 60173-5443 |
| 14519989 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 02 2022 23:21:00 | Verizon Wireless, 1 Verizon Place, Alpharetta, GA 30004-8510 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 04, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Mark A. Rowan | on behalf of Debtor John C. Hixson  Jr. markrowan1@verizon.net |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4