FILED
1/12/24 3:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

WITHDRAWAL OF APPEARANCES BY BRIAN C. NICHOLAS, ESQUIRE, IN VARIOUS OPEN CASES AND ENTRY OF APPEARANCE OF DENISE CARLON, ESQUIRE, IN VARIOUS OPEN CASES

Miscellaneous No. 24-201-GLT

Related to Docket No. 2

## ORDER OF COURT

AND NOW, this _12th Day of January_, 2024, upon consideration of the Omnibus Joint Motion to Withdraw the Appearance of Brian C. Nicholas, Esquire, and Enter the Appearance of Denise Carlon, Esquire, it is hereby

ORDERED that the Motion is granted, and Brian C. Nicholas, Esquire, is granted leave to withdraw his appearance as counsel of record in in the list of cases attached to the Motion as Exhibit "A", and it is further

ORDERED that the appearance of Denise Carlon, Esquire, is entered as counsel of record for the parties formerly represented by Attorney Nicholas in the list of cases attached to the Motion as Exhibit "A".

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court