IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
John C. Hixson, Jr. : Case No. 17-22075-CMB
    Debtor(s) : Chapter 13
     :
Ronda J. Winnecour, Chapter 13 Trustee :
    Movant :
     :
    vs. :
     :
John C. Hixson, Jr. :
    Respondent(s) :

**NOTICE OF HEARING ON MOTION OF TRUSTEE FOR DISMISSAL**

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing. If a written response is timely filed, a hearing on the Trustee's motion will be held on **September 10, 2024, at 1:30 p.m. before Judge Carlota M. Böhm** in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219**.** Unless otherwise ordered, parties may also appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform ("Zoom"). To participate in the hearing via Zoom, use the following link no later than ten (10) minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191. Alternatively, connect with Zoom by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-

videohrg.pdf. For questions regarding Zoom connection, contact Judge Böhm's Chambers at 412-644-4328. Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss should file a written response on or before **August 26, 2024.**

| | |
|---|---|
| <u>8/6/2024</u><br>Date | /s/ Ronda J. Winnecour<br>Ronda J. Winnecour (PA I.D.#30399)<br>Attorney and the Chapter 13 Trustee<br>U.S. Steel Tower – Suite 3250<br>600 Grant Street<br>Pittsburgh, PA  15219<br>cmecf@chapter13trusteewdpa.com |

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-22075-CMB |
| John C. Hixson, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Aug 07, 2024 | Form ID: pdf900 | Total Noticed: 17 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John C. Hixson, Jr., 3 Stahl Square, Connellsville, PA 15425-4007 |
| 14519979 | | CBE Group, PO Box 2535, Waterloo, IA 50704 |
| 14519982 | | Direct TV, PO Box 830032, Baltimore, MD 21283 |
| 14519983 | + | Direct TV, PO Box 11742, Newark, NJ 07101-4742 |
| 14654696 | + | PNC Mortgage, a division of PNC Bank, NA, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342-5421 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14519978 | + | Email/Text: bankruptcynotices@cbecompanies.com | Aug 07 2024 23:52:00 | CBE Group, 131 Tower Park Drive, Suite 900, Waterloo, IA 50701-9589 |
| 14519981 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 07 2024 23:52:00 | Credit Collection Service, PO Box 9134, Needham Heights, MA 02494-9134 |
| 14519980 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 07 2024 23:52:00 | Credit Collection Service, PO Box 607, Norwood, MA 02062-0607 |
| 14694069 | | Email/Text: G06041@att.com | Aug 07 2024 23:52:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14638932 | | Email/Text: mrdiscen@discover.com | Aug 07 2024 23:51:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14519984 | ^ | MEBN | Aug 07 2024 23:46:21 | KML Law Group, BNY Mellon Independence Center, Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14519985 | ^ | MEBN | Aug 07 2024 23:45:03 | Nationwide Insurance, One Nationwide Plaza, Columbus, OH 43215-2220 |
| 14519986 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 07 2024 23:51:00 | PNC, 3232 Newark Dr., Miamisburg, OH 45342 |
| 14659212 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 08 2024 00:03:55 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14519987 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 07 2024 23:50:00 | Verizon Wireless, PO Box 26055, Minneapolis, MN 55426-0055 |
| 14519988 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 07 2024 23:50:00 | Verizon Wireless, 1515 Woodfield Road, Suite 1400, Schaumburg, IL 60173-5443 |
| 14519989 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 07 2024 23:50:00 | Verizon Wireless, 1 Verizon Place, Alpharetta, GA 30004-8510 |

TOTAL: 12

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 07, 2024 | Form ID: pdf900 | Total Noticed: 17 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Mark A. Rowan | on behalf of Debtor John C. Hixson  Jr. markrowan1@verizon.net |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4