## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE

John C. Hixson, Jr.,
    Debtor(s)

Case No. 17-22075-CMB

Chapter 13

Document No.: 151

Ronda J. Winnecour, Chapter 13 Trustee,
    Movant,
    - vs. -

Related to Document No. 150

John C. Hixson, Jr.,
    Respondent.

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Reply to Trustee's Motion to Dismiss was served upon the following via United States Mail, postage pre-paid:

Ronda J. Winnecour, Esquire
Suite 3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219
Bankruptcy Trustee

Office of the United States Trustee
Western District of Pennsylvania
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222

Marta E. Villacorta, Esquire
Assistant U.S. Trustee
1000 Liberty Avenue, Suite 1316
Pittsburgh, PA 15222

John C. Hixson, Jr.
3 Stahl Square
Connellsville, PA 15425

This certificate dated and service made this 28th day of August, 2024.

Respectfully submitted,

*/s/ Mark A. Rowan*
Mark A. Rowan
Attorney for Debtor

890 Vanderbilt Road
Connellsville, PA 15425

Pa. I.D. No. 67095

Telephone: 724-628-8180
Facsimile: 724-628-8189
markrowan1@verizon.net