**Date: 10/29/2024 01:30 pm**

**In re:**  **John C. Hixson, Jr.**

**Bankruptcy No. 17-22075-CMB**
**Chapter: 13**
**Doc. #145**

**Appearances:** Owen Katz, Trustee
Mark A. Rowan
Brent Lemon

**Nature of Proceeding: #145 Continued Trustee's Motion to Dismiss Case**

**Additional Pleadings: #149 CNO; #150 Reply by Debtor (all filed previously)**

**- PNC must provide a full detailed accounting of amount paid by November 30, 2024.**

**- Matter Continued to December 17, 2024 at 1:30 p.m.**

FILED
10/30/24 8:56 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Carlota Böhm**
**U.S. Bankruptcy Judge**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-22075-CMB |
| John C. Hixson, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 1 |
| Date Rcvd: Oct 30, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2024:**

**Recip ID          Recipient Name and Address**
db              + John C. Hixson, Jr., 3 Stahl Square, Connellsville, PA 15425-4007

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2024                    Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2024 at the address(es) listed below:

**Name                              Email Address**

Denise Carlon
                                   on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com

Mark A. Rowan
                                   on behalf of Debtor John C. Hixson  Jr. markrowan1@verizon.net

Office of the United States Trustee
                                   ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                                   cmecf@chapter13trusteewdpa.com

TOTAL: 4