UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>John C. Hixson, Jr.<br><br>    Debtor.<br>_____ | )<br>)<br>)  Bankruptcy Case No.: 17-22075<br>)<br>)<br>)  Chapter 13<br>)<br>)  Document No.: 168<br>)<br>)  Related to Document No.: 167<br>)<br>) |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Debtor's Certification of Discharge Eligibility, Local Form 24, was served upon the following via United States Mail, postage pre-paid:

Ronda J. Winnecour, Esquire
Suite 3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219
Bankruptcy Trustee

Office of the United States Trustee
Western District of Pennsylvania
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222

John C. Hisxon, Jr.
3 Stahl Square
Connellsville, PA 15425

CBE Group
PO Box 2535
Waterloo, IA 50704

Credit Collection Service
PO Box 607
Norwood, MA 02062-0607

Credit Collection Service
PO Box 9134
Needham Heights, MA 02494-9134

Direct TV
PO Box 11742
Newark, NJ 07101-4742

Direct TV
PO Box 830032
Baltimore, MD 21283

Directv, LLC
c/o American Infosource LP, agent
PO Box 5008
Carol Stream, IL 60197-5008

Discover Bank
Discover Products, Inc.
PO Box 3025
New Albany, OH 43054-3025

Brent J. Lemon, Esquire
KML Law Group
BNY Mellon Independence Center
Suite 5000
701 Market Street
Philadelphia, PA 19106-1541

Nationwide Insurance
Service of Process Team
Three Nationwide Plaza
Mail Code 3-11-310
Columbus, OH 43215-2410

PNC
3232 Newark Drive
Miamisburg, OH  45342-5433

PNC Mortgage
Attn: Bankruptcy
3232 Newmark Drive
Miamisburg, OH 45342-5421

Verizon
c/o American Infosource LP, agent
4515 N Santa Fe Ave
Oklahoma City, Ok 73118-7901

Verizon Wireless
1 Verizon Place
Alpharetta, GA 30004-8510

Verizon Wireless
1515 Woodfield road
Suite 1400
Schaumburg, IL  60173-5443

Verizon Wireless
PO Box 26055
Minneapolis, MN 55426-0055

This certificate dated and service made this 5th day of March, 2025.

Respectfully submitted,
*/s/ Mark A. Rowan*
Mark A. Rowan
Attorney for Debtor

890 Vanderbilt Road
Connellsville, PA  15425

Pa. I.D. No. 67095

Telephone: 724-628-8180
Facsimile:  724-628-8189
markrowan1@verizon.net