## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>John C. Hixson, Jr.<br><br>Debtor.<br>_____ | )<br>)<br>)  Bankruptcy Case No.: 17-22075<br>)<br>)<br>)  Chapter 13<br>)<br>)  Document No.: 170<br>)<br>)  Related to Document No.: 169<br>)<br>) |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Debtor's Status Report, was served upon the following via United States Mail, postage pre-paid:

Ronda J. Winnecour, Esquire
Suite 3250 USX Tower
600 Grant Street
Pittsburgh, PA  15219
Bankruptcy Trustee

Office of the United States Trustee
Western District of Pennsylvania
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA  15222

Brent J. Lemon, Esquire
KML Law Group
BNY Mellon Independence Center
Suite 5000
701 Market Street
Philadelphia, PA  19106-1541

John C. Hisxon, Jr.
3 Stahl Square
Connellsville, PA  15425

This certificate dated and service made this 5th day of March, 2025.

Respectfully submitted,

*/s/ Mark A. Rowan*
Mark A. Rowan
Attorney for Debtor
890 Vanderbilt Road
Connellsville, PA  15425
Pa. I.D. No. 67095
Telephone: 724-628-8180
Facsimile:  724-628-8189
markrowan1@verizon.net