# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| John C. Hixson, Jr. ) | |
|    Debtor. ) | Bankruptcy Case No.: 17-22075-CMB |
| _____ ) | |
| ) | Chapter 13 |
| John C. Hixson, Jr., ) | |
|    Movant, ) | Document No.: 173 |
| vs. ) | |
| Ronda J. Winnecour, Trustee, ) | |
|    Respondent. ) | |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:

    The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On August 2, 2017, at docket number 49, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c)(4)(B) by filing a *Certificate of Completion of Personal Financial Management Course.*

    This Certification is being signed under penalty of perjury by undersigned Counsel duly questioned Debtor about the statements in this Certification and verified the answers in support of this Certification.

Dated: 3/5/2025

By: */s/ Mark A. Rowan*
    Mark A. Rowan
    Attorney for Debtor
    PA I.D. No. 67095
    890 Vanderbilt Road
    Connellsville, PA 15425
    Telephone: 724-628-8180
    Facsimile: 724-628-8189
    Email: markrowan1@verizon.net