UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE

John C. Hixson, Jr.,
    Debtor

Case No. 17-22075-CMB

Chapter 13

---

Ronda J. Winnecour, Trustee,
    Movant,

- vs. -

John C. Hixson, Jr.,
    Respondent.

Document No.: 174

Related to Document Nos. 145 and 156

---

John C. Hixson, Jr.,
    Movant(s),
- vs. -

PNC Bank, N.A.
and Ronda J. Winnecour, Trustee,
    Respondents.

---

### DEBTOR'S STATUS REPORT

1. The Trustee filed a Motion to Dismiss (Document 145) on August 6, 2024.

2. The basis of the Motion to Dismiss was essentially that the PNC Bank mortgage had not been paid in full as required by the Plan.

3. Debtor filed a Response (Document 150) to the Trustee's Motion to Dismiss on August 28, 2025.

4. Hearings were held on the Trustee's Motion on the following dates:

    a. September 10, 2024;

    b. October 29, 2024;

    c. December 17, 2024;

5. The next hearing was scheduled for March 12, 2024.

6. The Debtor filed a Notice of Final Cure Mortgage Payment (Document 156) on December 17, 2024.

7. PNC Bank, Respondent to Debtor's Notice of Final Cure Mortgage Payment, filed a Response (Document 160) on January 6, 2025.

8. Respondent also filed amended responses on the following dates:

    a. January 8, 2025 (Document 162);

    b. January 10, 2025 (Document 163);

    c. January 14, 2025 (Document 164);

    d. January 15, 2025 (Document 165).

9. The final amended response (Document 165) states the following relevant provisions:

    a. Part 2: Creditor Agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

    b. Part 3: Creditor states that the debtor(s) are current with all postpetition payments consistent with §1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

    c. Part 3: The next postpetition payment from the debtor(s) is due on: **Paid in Full** (emphasis added).

10. PNC Bank's response appears to make the basis of the Trustee's Motion to Dismiss moot.

11. The Trustee filed a Withdrawal of Trustee's Motion to Dismiss (Document 166) on February 28, 2025, and cancelled the hearing on said motion scheduled for March 12, 2025.

12. The final amended response by PNC Bank appears to agree with the request in the Notice of Final Cure Mortgage Payment (Document 156) filed by the Debtor.

13. The Debtor has filed a Debtor's Certification of Discharge Eligibility – Local Form 24 (Document 167).

Respectfully submitted,

Dated: 3/5/2025        By:        /s/ Mark A. Rowan
                                  Mark A. Rowan
                                  Attorney for Debtor
                                  PA I.D. No. 67095
                                  890 Vanderbilt Road
                                  Connellsville, PA 15425
                                  Telephone: 724-628-8180
                                  Facsimile: 724-628-8189
                                  Email: markrowan1@verizon.net