FILED
3/24/25 10:15 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>WITHDRAWAL OF APPEARANCES BY BRENT LEMON, ESQUIRE, IN VARIOUS OPEN CASES AND ENTRY OF APPEARANCE OF DENISE CARLON, ESQUIRE, IN VARIOUS OPEN CASES | Miscellaneous No. 25-202-GLT<br><br>Related to Docket No. 2 |

## ORDER OF COURT

AND NOW, this 24th Day of March, 2025, upon consideration of the Omnibus Joint Motion to Withdraw the Appearance of Brent Lemon, Esquire, and Enter the Appearance of Denise Carlon, Esquire, it is hereby

ORDERED that the Motion is granted, and Brent Lemon, Esquire, is granted leave to withdraw his appearance as counsel of record in in the list of cases attached to the Motion as Exhibit "A", and it is further

ORDERED that the appearance of Denise Carlon, Esquire, is entered as counsel of record for the parties formerly represented by Attorney Lemon in the list of cases attached to the Motion as Exhibit "A".

BY THE COURT:

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court