# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JOHN C. HIXSON, JR.

    Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Case No.: 17-22075

Chapter 13

Document No.: 177

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this **17th** day of **June**, 20**25**, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
6/17/25 12:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

Carlota M. Böhm
U.S. BANKRUPTCY JUDGE    **dmr**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-22075-CMB |
| John C. Hixson, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jun 17, 2025 | Form ID: pdf900 | Total Noticed: 17 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John C. Hixson, Jr., 3 Stahl Square, Connellsville, PA 15425-4007 |
| 14519979 | | CBE Group, PO Box 2535, Waterloo, IA 50704 |
| 14519983 | + | Direct TV, PO Box 11742, Newark, NJ 07101-4742 |
| 14519982 | | Direct TV, PO Box 830032, Baltimore, MD 21283 |
| 14654696 | + | PNC Mortgage, a division of PNC Bank, NA, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342-5421 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14519978 | + | Email/Text: bankruptcynotices@cbecompanies.com | Jun 18 2025 00:22:00 | CBE Group, 131 Tower Park Drive, Suite 900, Waterloo, IA 50701-9589 |
| 14519981 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 18 2025 00:22:00 | Credit Collection Service, PO Box 9134, Needham Heights, MA 02494-9134 |
| 14519980 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 18 2025 00:22:00 | Credit Collection Service, PO Box 607, Norwood, MA 02062-0607 |
| 14694069 | | Email/Text: G06041@att.com | Jun 18 2025 00:22:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14638932 | | Email/Text: mrdiscen@discover.com | Jun 18 2025 00:21:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14519984 | ^ | MEBN | Jun 18 2025 00:00:09 | KML Law Group, BNY Mellon Independence Center, Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14519985 | ^ | MEBN | Jun 18 2025 00:00:08 | Nationwide Insurance, One Nationwide Plaza, Columbus, OH 43215-2220 |
| 14519986 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 18 2025 00:21:00 | PNC, 3232 Newark Dr., Miamisburg, OH 45342 |
| 14659212 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 18 2025 00:55:54 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14519987 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 18 2025 00:21:00 | Verizon Wireless, PO Box 26055, Minneapolis, MN 55426-0055 |
| 14519988 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 18 2025 00:21:00 | Verizon Wireless, 1515 Woodfield Road, Suite 1400, Schaumburg, IL 60173-5443 |
| 14519989 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 18 2025 00:21:00 | Verizon Wireless, 1 Verizon Place, Alpharetta, GA 30004-8510 |

TOTAL: 12

Case 17-22075-CMB    Doc 183    Filed 06/19/25    Entered 06/20/25 00:28:46    Desc
Imaged Certificate of Notice    Page 3 of 3

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 17, 2025 | Form ID: pdf900 | Total Noticed: 17 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 19, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Mark A. Rowan | on behalf of Debtor John C. Hixson  Jr. markrowan1@verizon.net |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4